# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED FEB 2 5 2008 U.S. DISTRICT COURT CLARKSBURG, WV 26301**

Nicole Wagoner
RR 4 Box 553
Keyser, WV 26726
**Plaintiff(s),**

v.

Michael J. Astrue
Office if the General Counsel
Room 611, Altmeyer Building
6401 Security Boulevard, Baltimore, MD 21235
**Defendant(s).**

(CIVIL)(CRIMINAL) NO: 1:07cv133

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of _____Anthony K. Megrini_____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 2-25-08

_____Irene M. Keeley_____
United States District Judge